1
2
3
4          UNITED STATES DISTRICT COURT
5          EASTERN DISTRICT OF WASHINGTON
6   TONYA RENEE REECE,                    )
                                          )
7           Plaintiff,                    )
                                          )        NO.  CV-11-5077-CI
8       v.                                )
                                          )        **JUDGMENT IN A**
9   MICHAEL J. ASTRUE,                    )        **CIVIL CASE**
    Commissioner of Social Security,      )
10                                        )
            Defendant.                    )
11  _____)

12
    **STIPULATION BY THE PARTIES**:
13
        The parties have stipulated to the remand of the captioned matter pursuant to sentence four
14
    of 42 U.S.C. § 405(g).
15
        **IT IS ORDERED AND ADJUDGED** that**:**
16
        The matter is **REVERSED and REMANDED** for additional proceedings pursuant to
17
    sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.
18
        DATED: April 6, 2012
19
                                          JAMES R. LARSEN
20                                        District Court Executive/Clerk

21                                        s/ L. Stejskal
                                          Deputy Clerk
22
23
24
25
26
27
28